**IN THE COMMONWEALTH COURT OF PENNSYLVANIA**

| | |
|---|---|
| City of Williamsport, | : |
| | : |
| Petitioner | : |
| | : |
| v. | : No. 620 C.D. 2015 |
| | : |
| Workers' Compensation Appeal | : |
| Board (Cole (Deceased)), | : |
| | : |
| Respondent | : |

# O R D E R

**AND NOW,** this 7th day of October, 2016, it is ordered that the above-captioned Memorandum Opinion, filed July 18, 2016, shall be designated OPINION and shall be REPORTED.

_____
**JAMES GARDNER COLINS, Senior Judge**